UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:07CV54

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>339 Morehead Road, Marion, North )<br>Carolina, as described in a deed at Deed )<br>Book 204, Page 17, in the Public )<br>Registry of McDowell County, North )<br>Carolina, being real property, together )<br>with the residence, and all )<br>appurtenances, improvements, and )<br>attachments thereon, )<br>)<br>and )<br>)<br>353 Morehead Road, Marion, North )<br>Carolina, as described in a deed at Deed )<br>Book 256, Page 644, in the Public )<br>Registry of McDowell County, North )<br>Carolina, being real property, together )<br>with the residence, and all )<br>appurtenances, improvements, and )<br>attachments thereon, )<br>)<br>Defendants. | JUDGMENT BY DEFAULT,<br>ENTRY OF JUDGMENT, AND<br>FINAL JUDGMENT OF FORFEITURE |

**THIS MATTER** is before the Court on motion of the United States for an Order directing Judgment by Default pursuant to Federal Rule of Civil Procedure 55(b)(2), and for Entry of Judgment and Final Order of Forfeiture pursuant to Federal Rule of Civil Procedure 58(a)(2)(A)(iii) against the Defendant properties.

1

For the reasons stated in the Motion and no response being necessary,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the motion of the United States for Judgment by Default, Entry of Judgment, and Final Order of Forfeiture against the **DEFENDANT PROPERTIES:**

> **339 Morehead Road, Marion, North Carolina, as described in a deed at Deed Book 204, Page 17, in the Public Registry of McDowell County, North Carolina, being real property, together with the residence, and all appurtenances, improvements, and attachments thereon,**
>
> **and**
>
> **353 Morehead Road, Marion, North Carolina, as described in a deed at Deed Book 256, Page 644, in the Public Registry of McDowell County, North Carolina, being real property, together with the residence, and all appurtenances, improvements, and attachments thereon,**

is **ALLOWED** and Judgment of Forfeiture is hereby entered in favor of the United States against all persons and entities in the world;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that any and all right, title and interest of all persons in the world in or to the Defendant properties is hereby forfeited to the United States, and no other right, title, or interest shall exist therein; and

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the United States Marshal is hereby directed to dispose of the forfeited Defendant properties as provided by law.

Signed: November 27, 2007

*[signature]*

Lacy H. Thornburg
United States District Judge